FORM 3

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SeAH STEEL CORPORATION,<br><br>                              Plaintiff<br>            v.<br>UNITED STATES,<br><br>                              Defendant. | **SUMMONS**<br>Court No. 20-00150 |

TO:  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/  **Mario Toscano**
Clerk of the Court

---

1. The plaintiff in this action is SeAH Steel Corporation, which is a foreign manufacturer and exporter of the merchandise that was the subject of the determination being contested. Plaintiff is, therefore, an interested party as described in 19 U.S.C. § 1677(9) and has standing to bring this action under 19 U.S.C. § 1516a(d), and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the final results by the U.S. Department of Commerce in the 2017-18 administrative review of Certain Oil Country Tubular Goods from the Republic of Korea.  *See Certain Oil Country Tubular Goods from the Republic of Korea: Final Results of the Antidumping Duty Administrative Review*; *2017-2018*, 85 Fed. Reg. 41949 (July 13, 2020).
   (Brief description of contested determination)

3. The final results of the 2017-18 administrative review of Oil Country Tubular Goods from Korea was announced in a document signed on July 6, 2020.  The notice was published in the *Federal Register* on July 13, 2020.
   (Date of determination)

- 2 -

4. The final results of the 2017-18 administrative review of Oil Country Tubular Goods from Korea was published in the *Federal Register* at 85 Fed. Reg. 41949 on July 13, 2020.
(If applicable, date of publication in Federal Register of notice of contested determination)

                        Jeffrey M. Winton
                        WINTON & CHAPMAN PLLC
                        1900 L Street, N.W., Suite 611
                        Washington, DC  20036
                        Telephone:  (202) 774-5503
                        Email:  jwinton@jmwinton.com

                        Attorney for Plaintiff SeAH Steel Corporation

 /s/Jeffrey M. Winton
       Signature of Plaintiff's Attorney

 August 12, 2020
            Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)

On behalf of the United States
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
26 Federal Plaza
Room 346
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530

On behalf of the U.S. Department of Commerce
Peter Davidson
General Counsel
U.S. Department of Commerce
14th Street & Pennsylvania Ave., N.W.
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement
and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street & Pennsylvania Ave., N.W.
Washington, DC 20230