

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

CHAMBERS OF
Jennifer Choe-Groves
Judge

May 13, 2021

**Via CM/ECF**

Re:   *SeAH Steel Corporation v. United States*
      Court No. 20-00150

Dear Counsel:

The court is considering staying this action pending a final decision in the appeal of NEXTEEL Co. v. United States, 44 CIT __, 475 F. Supp. 3d 1378 (2020), appeal docketed, No. 2021-1334 (Fed. Cir. Dec. 21, 2020).

The court will accept responses from the Parties addressing whether this action should be stayed on or before Monday, May 17, 2021.  Each Party's response to this letter may be no longer than 5 pages in length.

Please contact my case manager, Mr. Steve Taronji, at (212) 264-1611 with any questions. Thank you for your assistance and cooperation.

Very truly yours,

/s/  Jennifer Choe-Groves
Jennifer Choe-Groves, Judge


Cc:   Steve Taronji
      For Docketing