UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| SEAH STEEL CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) Court No. 20-00150 |
| and | ) |
| UNITED STATES STEEL CORPORATION, IPSCO TUBULARS INC., MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., AND VALLOUREC STAR L.P. | ) |
| Defendant-Intervenors. | ) |

ORDER

Upon consideration of the Plaintiff's Motion for Oral Argument and upon all other papers and proceedings herein, it is hereby

ORDERED that Plaintiff's Motion for Oral Argument is granted; and it is further

ORDERED that this case is set for oral argument on _____ at _____ o'clock via court-approved teleconference.

Signed: _____
Jennifer Choe-Groves, Judge

Dated: _____
New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| ─────────────────────────── | |
| SEAH STEEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant, | )   Court No. 20-00150 |
| | ) |
| and | ) |
| | ) |
| UNITED STATES STEEL CORPORATION, | ) |
| IPSCO TUBULARS INC., MAVERICK TUBE | ) |
| CORPORATION, TENARIS BAY CITY, INC., | ) |
| AND VALLOUREC STAR L.P. | ) |
| | ) |
| Defendant-Intervenors. | ) |
| ─────────────────────────── | ) |

MOTION OF PLAINTIFF SEAH STEEL CORPORATION
FOR ORAL ARGUMENT

Pursuant to Rule 56.2(e) of the Rules of the U.S. Court of International Trade,

Plaintiff SeAH Steel Corporation hereby respectfully moves the Court for an order

scheduling oral argument on Plaintiff's Rule 56.2 Motion for Judgment on the Agency

Record.  This Motion is timely filed pursuant to the Court's March 16, 2021 scheduling

order, which provided that any motion for oral argument shall be filed on or before

May 17, 2021.  Plaintiff believes an oral argument may assist the Court in reaching a

disposition in this case by allowing the Court to question the parties in more detail about

issues (if any) of particular significance to the Court, but defers to the judgment of the

Court.

On May 12, 2021, counsel for Plaintiff consulted with counsel for the other parties in this case via electronic mail.  James E. Ransdell, counsel for United States Steel Corporation; Frank J. Schweitzer, counsel for Maverick Tube Corporation, IPSCO Tubulars Inc., and Tenaris Bay City, Inc.; and Elizabeth J. Drake, counsel for Vallourec Star L.P. consented to this motion.  Hardeep K. Josan, counsel for the United States, stated that the Government takes no position on the Plaintiff's motion and leaves it to the discretion of the Court as to whether oral argument is appropriate in this case.

A proposed order accompanies this motion.

> Respectfully submitted,
>
> /s/Jeffrey M. Winton
> Jeffrey M. Winton
> Michael J. Chapman
> Amrietha Nellan
> Vi N. Mai
>
> WINTON & CHAPMAN PLLC
> 1900 L Street, N.W., Suite 611
> Washington, D.C.  20036
> (202) 774-5500
>
> Attorneys for SeAH Steel Corporation

May 17, 2021