UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| SEAH STEEL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant,<br><br>　　　　　and<br><br>UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., IPSCO TUBULARS INC., and VALOUREC STAR L.P.,<br><br>　　　　　Defendant-Intervenors. | Consol. Court No. 20-00150 |

## **DEFENDANT'S RESPONSE TO COURT REQUEST**

Pursuant to the Court's letter of May 13, 2021, the United States, files this response regarding whether this action should be stayed. For the reasons discussed in our motion to stay in Court No. 19-00086 (*see* Dkt. No. 105), we respectfully submit that proceedings in this case likewise be stayed pending a decision by the U.S. Court of Appeals for the Federal Circuit (Federal Circuit) in litigation concerning a prior administrative review of the same antidumping duty order on certain oil country tubular goods from the Republic of Korea (Korea). *See NEXTEEL Co. v. United States*, Federal Circuit Appeal No. 2021-1334 (*NEXTEEL*).

In short, similar to Court No. 19-00086, it is in the interests of judicial economy and efficiency to stay this case pending resolution of *NEXTEEL*. Because of the significant overlap in the issue of whether a particular market situation existed in Korea between the two cases, the

Federal Circuit's ruling in *NEXTEEL* is likely to have an impact on this case. Moreover, staying this case may obviate the need for additional briefing and, therefore, avoid the expenditure of judicial and party resources.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director |
| OF COUNSEL: | s/Hardeep K. Josan<br>HARDEEP K. JOSAN |
| MYKHAYLO GRYZLOV<br>Senior Counsel<br>Office of the Chief Counsel<br>  for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>26 Federal Plaza, Suite 346<br>New York, New York 10278<br>Tel.: (212) 264-9245<br>Fax: (212) 264-1916<br>Email: hardeep.k.josan@usdoj.gov |
| May 17, 2021 | Attorneys for Defendant |