IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| SEAH STEEL CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>        and<br><br>UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, TENARIS BAY CITY, INC., IPSCO TUBULARS INC., and VALOUREC STAR L.P.,<br><br>        Defendant-Intervenors. | Court No. 20-00150 |

## **DEFENDANT'S NOTICE REGARDING THE REMAND REDETERMINATION**

Defendant, the United States, respectfully notifies the Court that the Department of Commerce's (Commerce) remand redetermination filed on January 24, 2022, addressed both issues that were remanded to the agency. Accordingly, Commerce's remand redetermination will be ripe for judicial review after the joint appendix, due on May 2, 2022, is filed in this case.

By way of background, on October 19, 2021, the Court remanded two issues to Commerce: (1) the finding of a particular market situation; and (2) the application of Commerce's Cohen's *d* test in differential pricing methodology in light of the U.S. Court of Appeals for the Federal Circuit decision in *Stupp Corp. v. United States*, 5 F.4th 1341 (Fed. Cir. 2021). The Court ordered Commerce to file the remand redetermination by December 17, 2021.

On November 24, 2021, we moved for an extension of time for Commerce to file the remand results in this case after the agency filed the remand in the *Stupp* litigation. Dkt. No. 73. On December 10, 2021, the Court bifurcated the remand deadlines by issue. Dkt. No. 77. Specifically, the Court ordered Commerce to file the remand results with respect to the particular market situation issue by January 14, 2022,[1] and by April 26, 2022, with respect to the differential pricing issue. Dkt. No. 77. On January 24, 2022, Commerce filed the remand redetermination. Dkt. No. 80. United States Steel Corporation filed comments in partial opposition to the remand on March 31, 2022. Dkt. No. 84. The Government and SeAH Steel Corporation (SeAH) filed comments in support of the remand on April 8 and April 11, 2022, respectively. Dkt. Nos. 85, 86. The joint appendix is currently due by May 2, 2022. Dkt. 79.

On remand, Commerce, under protest, reconsidered and reversed the particular market situation finding and removed the particular market situation adjustment from SeAH's margin calculation. Dkt. No. 80. As a result of the elimination of the particular market situation adjustment, there was no longer a difference between the weighted-average dumping margin under the average-to-average comparison method and either of the alternative comparison methods. *Id*. Accordingly, Commerce determined that the application of the Cohen's *d* test had no material effect on the outcome of the remand and found it unnecessary to address the issue of the applicability of certain limitations on the Cohen's *d* test for purposes of the remand. *Id*. Because the differential pricing issue has become moot and Commerce applied the standard average-to-average comparison method on remand, there is no need for Commerce to address that issue further in this case. Thus,

---

[1] We moved for a second extension of time until January 24, 2022, for Commerce to file the remand redetermination with respect to the particular market situation issue, which the Court granted. Dkt. Nos. 78, 79.

Commerce's remand redetermination should be ripe for judicial review after the joint appendix is filed on May 2, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | s/Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director |
| OF COUNSEL: | s/Hardeep K. Josan<br>HARDEEP K. JOSAN<br>Trial Attorney |
| MYKHAYLO GRYZLOV<br>Senior Counsel<br>Office of the Chief Counsel<br>   for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>26 Federal Plaza, Suite 346<br>New York, New York 10278<br>Tel.: (212) 264-9245<br>Fax: (212) 264-1916<br>Email: hardeep.k.josan@usdoj.gov |
| April 22, 2022 | Attorneys for Defendant |